IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                                Criminal Action No.
                                                                    19-00357-01-CR-W-BP

DYQWON D. BROWN,

          Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND**
**ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Ashleigh Ragner & Sarah Rasalam
        Case Agent:    KCPD Detective Nicholas Sola
        Defense:       S. Chase Higinbotham, Jr.

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   The Government plans to file a: (1) Rule 404(b) notice regarding Defendant's prior conviction and Facebook information; (2) trial brief regarding evidence of a shooting that occurred prior to Defendant's hospitalization; and (3) business records affidavit for Facebook information. Defendant plans to respond to the Rule 404(b) notice and trial brief.

**TRIAL WITNESSES**:
        Government:    13 with stipulations; 14 without stipulations
        Defense:       1 witness, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government:    50 exhibits
        Defense:       No additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        ( x ) Definitely for trial; plea agreement provided    (  ) Possibly for trial
        (  ) Motion to continue to be filed                                (  ) Likely a plea will be worked out

**TRIAL TIME**:      **3 days**
       Government's case including jury selection:    2-2 ½ days
       Defense case:   ½ day

**STIPULATIONS**:
       (  )     not likely
       (  )     not appropriate
       ( x )    likely as to:
             (  )     chain of custody
             (  )     chemist's reports
             ( x )    prior felony conviction
             ( x )    interstate nexus of ammunition
             (  )     other: _____

**UNUSUAL QUESTIONS OF LAW**:    None

**FILING DEADLINES:**

       **Witness and Exhibit Lists**:
       Government:    May 27, 2021, by noon
       Defense:         May 27, 2021, by noon
       **Counsel are requested to list witnesses in alphabetical order on their witness list.**

       **Exhibit Index, Voir Dire, Jury Instructions**:    May 27, 2021, by noon
       **Jury instructions must comply with Local Rule 51.1**

       **Motions in Limine**:    May 25, 2021, by 3:00 p..m. CST, with responses due June 1, 2021,
                              by close of business

**TRIAL SETTING**: Criminal jury trial docket commencing June 7, 2021

**OTHER**:
       (  )     A _____-speaking interpreter is required.
       ( x )    Other assistive devices: *A hearing device for a testifying witness may be needed.*

       **IT IS SO ORDERED.**

                                               */s/ Jill A. Morris*
                                               JILL A. MORRIS
                                               United States Magistrate Judge